**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

HELEN SWARTZ, Individually, :
: Case No.: 16-cv-06945 (AKH) (BM)
Plaintiff, :
:
- against - :
:
KSSNY INC., a New York Corporation, :
:
Defendant. :

--------------------------------------------------------------x

**DEFENDANT'S DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant KSSNY Inc. ("KSSNY"), a private non-governmental party, by and through its undersigned counsel, declares that it is a privately held corporation that is wholly-owned indirectly by Keck Seng Investments (Hong Kong) Ltd., whose common stock is traded on the Hong Kong Stock Exchange.

Dated: New York, New York
October 11, 2016

Respectfully submitted,

**SQUIRE PATTON BOGGS (US) LLP**

By: *<u>/s/ Paul Myung Han Kim</u>*

Richard L. Mattiaccio (RM-4764)
Paul Myung Han Kim (MK-0425)
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 872-9800
Fax: (212) 872-9815
richard.mattiaccio@squirepb.com
paul.kim@squirepb.com

*Attorneys for Defendant*
*KSSNY INC.*

**CERTIFICATE OF SERVICE**

Paul Myung Han Kim, an attorney duly admitted to practice before this Court, hereby certifies that on the 11th day of October 2016, I caused a true and correct copy of the foregoing Disclosure Statement to be served on the following counsel of record via the Court's CM/ECF system:

FULLER, FULLER & ASSOCIATES, P.A.
Lawrence A. Fuller, Esq.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181

*Attorneys for Plaintiff Helen Swartz*

Dated: October 11, 2016

*/s/ Paul Myung Han Kim*
Paul Myung Han Kim



010-8272-2733/1/AMERICAS